UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DWIGHT MORRIS**    ) | |
|     Plaintiff,    ) | |
|    ) | |
| v.    ) | Civil Action No. 1:14-cv-13614 |
|    ) | |
| **GC SERVICES, LP**    ) | |
|     Defendant,    ) | |
|    ) | |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: December 3, 2014

RESPECTFULLY SUBMITTED:

/s/ Kevin V. K. Crick
Kevin V. K. Crick, Esq.
Consumer Rights Law Firm, PLLC
133 Main Street, Second Floor
North Andover, MA 01845
Phone: (978) 420-4747
Fax#1: (978) 409-1846
Fax#2: (888) 712-4458
Email: kevinc@consumerlawfirmcenter.com
Attorney for Plaintiff

**PROOF OF SERVICE**

I hereby certify that on December 3, 2014, a copy of the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines.  Notice of this filing will be sent to all parties by operation of the court's electronic filing system and electronic email.  Parties may access this filing through the court's system.

/s/ Kevin V. K. Crick, Esq.